ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff David Clark*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>Plaintiff,<br><br>v.<br><br>DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00437-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DOMA TITLE INSURANCE, INC.'S MOTION TO DISMISS [ECF No. 6]**<br><br>**(FIRST REQUEST)** |

Plaintiff, David B. Clark, individually and as trustee for the Clark Trust (**Clark**), and defendant, Doma Title Insurance, Inc. (**Doma**), stipulate Clark shall have up to and including October 30, 2024, to file its response to the motion to dismiss in this matter. The current deadline is October 16, 2024. Good cause exists to grant the requested extension because counsel for Clark has a personal issue needing ongoing attention out of the office for a few weeks, which counsel has discussed with Doma's counsel.

. . .

. . .

. . .

. . .

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED October 10th, 2024.

| **AKERMAN LLP** | **MAURICE WOOD** |
|---|---|
| */s/ Donna M. Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for plaintiff David Clark* | */s/ Brittany Wood* <br> BRITTANY WOOD, ESQ. <br> Nevada Bar No. 7562 <br> AMANDA K. BAKER, ESQ. <br> Nevada Bar No. 15172 <br> 8250 West Charleston Blvd, Suite 100 <br> Las Vegas, NV 89117 <br><br> *Attorneys for defendant Doma Title Insurance, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: October 15, 2024