1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for plaintiff David Clark*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>Plaintiff,<br><br>v.<br><br>DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00437-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DOMA TITLE INSURANCE, INC.'S MOTION TO DISMISS [ECF No. 6]**<br><br>**(SECOND REQUEST)** |
|---|---|

Plaintiff, David B. Clark, individually and as trustee for the Clark Trust (**Clark**), and defendant, Doma Title Insurance, Inc. (**Doma**), stipulate Clark shall have up to and including November 8, 2024, to file its response to the motion to dismiss in this matter. The current deadline is October 30, 2024. Good cause exists to grant the second requested extension because the personal matter needing attention referenced in the first extension request took counsel out of the office more than anticipated. Things have now resolved and no further extensions are anticipated.

. . .

. . .

. . .

{78530279;2}

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED October 29, 2024.

| **AKERMAN LLP** | **MAURICE WOOD** |
|---|---|
| */s/ Donna M. Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for plaintiff David Clark* | */s/ Brittany Wood* <br> BRITTANY WOOD, ESQ. <br> Nevada Bar No. 7562 <br> AMANDA K. BAKER, ESQ. <br> Nevada Bar No. 15172 <br> 8250 West Charleston Blvd, Suite 100 <br> Las Vegas, NV 89117 <br><br> *Attorneys for defendant Doma Title Insurance, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT**

**JUDGE DATED: November 13, 2024**

{78530279;2}