Brittany Wood, Esq.
Nevada Bar No. 7562
Amanda Baker, Esq.
Nevada Bar No. 15172
**Maurice Wood**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail: bwood@mauricewood.com
abaker@mauricewood.com

Attorneys for Defendant,
Doma Title Insurance, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>Plaintiff,<br><br>vs.<br><br>DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 3:24-cv-00437-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DOMA TITLE INSURANCE, INC.'S MOTION TO DISMISS [ECF No. 6]**<br><br>**(FIRST REQUEST)** |

Defendant Doma Title Insurance, Inc. ("Doma" or "Defendant"), by and through its attorneys of record, the law firm of Maurice Wood, and Plaintiff David B. Clark, individually and as trustee for The Clark Trust ("Plaintiff"), by and through his counsel of record, Akerman LLP, hereby stipulate and agree as follows:

1. On October 2, 2024, Doma filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). See EFC No. 6.

2. On October 10, 2024, and October 29, 2024, the parties stipulated to extend the deadline for Plaintiff to respond to the Motion to Dismiss until November 8, 2024. See ECF Nos. 9, 12.

3. On November 8, 2024, Plaintiff filed Plaintiff's Opposition to Doma Title

1  Insurance Inc.'s Motion to Dismiss [ECF No. 6] and Countermotion for Leave to Amend. See ECF
2  Nos. 15, 16.
3      4.    Doma's deadline to file a Reply in Support of its Motion to Dismiss is November
4  15, 2024.
5      5.    Doma's deadline to file its Response to Plaintiff's Countermotion is November 22,
6  2024.
7      6.    The timing of Plaintiff's filing of the Response and Countermotion created a
8  scheduling conflict for Doma's counsel due to counsel's prior professional and family
9  commitments and the intervening federal holiday.
10     7.    As such, the parties have stipulated that the deadline for Doma's Reply in Support
11 of its Motion to Dismiss and Doma's Response to Plaintiff's Countermotion will be extended, such
12 that the deadline for both filings is extended to December 6, 2024.
13     8.    Counsel for Plaintiff does not oppose the requested extension.
14     9.    This is the first request for an extension which is brought in good faith and not for
15 purposes of delay.

| **AKERMAN LLP** | **MAURICE WOOD** |
|---|---|
| /s/Donna Wittig | /s/Brittany Wood |
| ARIEL E. STERN, ESQ. | BRITTANY WOOD, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7562 |
| DONNA M. WITTIG, ESQ. | AMANDA K. BAKER, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 15172 |
| 1635 Village Center Circle, Suite 200 | 8250 West Charleston Blvd, Suite 100 |
| Las Vegas, NV 89134 | Las Vegas, NV 89117 |
| *Attorneys for plaintiff David Clark* | *Attorneys for defendant Doma Title Insurance, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT**

**JUDGE DATED:** November 13, 2024