ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff David Clark*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>Plaintiff,<br><br>v.<br><br>DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00437-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR LEAVE TO AMEND (ECF NO. 16)**<br><br>**(FIRST REQUEST)** |

Plaintiff, David B. Clark, individually and as trustee for the Clark Trust (**Clark**), and defendant, Doma Title Insurance, Inc. (**Doma**), stipulate Clark shall have up to and including December 18, 2024, to file its reply supporting its countermotion for leave to amend, ECF No. 16. The current deadline is December 13, 2024.  Good cause exists to grant the requested extension because counsel the Las Vegas office of Akerman is in midst of moving office locations and undersigned counsel had to be moved out of her office earlier than anticipated, causing a disruption in workflow and efficiency, in addition to attending to handling the logistics of an office move.

. . .

. . .

. . .

79145562;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED December 11th, 2024.

| **AKERMAN LLP** | **MAURICE WOOD** |
|---|---|
| */s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for plaintiff David Clark* | */s/ Brittany Wood*<br>BRITTANY WOOD, ESQ.<br>Nevada Bar No. 7562<br>AMANDA K. BAKER, ESQ.<br>Nevada Bar No. 15172<br>8250 West Charleston Blvd, Suite 100<br>Las Vegas, NV 89117<br><br>*Attorneys for defendant Doma Title Insurance, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT**

**JUDGE DATED: December 11, 2024**

79145562;1