ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15157
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust, <br><br> Plaintiff, <br><br> v. <br><br> DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 3:24-cv-00437-MMD-CLB <br><br> **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Donna M. Wittig, Esq. is no longer associated with the law firm of Akerman LLP, and counsel requests that Ms. Wittig be removed from the service list.

. . .

. . .

. . .

81734854;1

Akerman LLP continues to serve as counsel for Bank of America, N.A. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to the undersigned.

DATED this 12th day of June, 2025.

**AKERMAN LLP**

/s/ *Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15157
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: June 12, 2025

_____
UNITED STATES MAGISTRATE JUDGE