SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>                     Plaintiff,<br><br>v.<br><br>DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>                     Defendants. | Case No.: 3:24-cv-00437-MMD-CLB<br><br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ariel E. Stern, Esq. is no longer associated with the law firm of Akerman LLP, and counsel requests that Mr. Stern be removed from the service list.

Akerman LLP continues to serve as counsel for David B. Clark, individually and as trustee for The Clark Trust. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to the undersigned.

DATED this 20th day of August, 2025.     **AKERMAN LLP**

                                      */s/ Scott R. Lachman*
                                   SCOTT R. LACHMAN, ESQ.
                                   Nevada Bar No. 12016
                                   1180 N. Town Center Dr., Suite 290
                                   Las Vegas, Nevada 89144

                                   *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED: _____August 20, 2025_____

_____
**UNITED STATES MAGISTRATE JUDGE**