BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA BAKER, ESQ.
Nevada Bar No. 15172
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:     bwood@mauricewood.com
            abaker@mauricewood.com

*Attorneys for Defendant,*
*Doma Title Insurance, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>                              Plaintiff,<br><br>vs.<br><br>DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>                              Defendants. | CASE NO. 3:24-cv-00437-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO CLARK'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 42]**<br><br>**(SECOND REQUEST)** |

Plaintiff, David B. Clark, individually and as trustee for the Clark Trust (**Clark**), and Defendant, Doma Title Insurance, Inc. (**Doma**), stipulate to extend Doma's deadline to respond to Clark's Motion for Partial Summary Judgment ("Motion") (ECF No. 42).

The Minutes of Proceedings following the October 20, 2025 hearing set the deadline for Doma to file its Response as December 23, 2025, to allow Doma to obtain responses to written discovery and to conduct three depositions that were noticed before the Motion was filed. Due to the court reporters' inability to expedite the deposition transcripts needed for that Response, and the need to reschedule one deposition to December 15, 2025, the parties stipulate that Doma shall have until January 12, 2026, to file its Response to Plaintiff's Motion for Partial Summary Judgment.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED

**AKERMAN LLP**

*/s/Scott R. Lachman*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89134

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**Henriod Stern PLLC**
8965 S Eastern Avenue, Suite 382
Las Vegas, NV 89123
Telephone:    (702) 389-6600
Email:  astern@hslaw.com

*Attorneys for plaintiff David Clark*

**MAURICE WOOD**

*/s/ Brittany Wood*
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA K. BAKER, ESQ.
Nevada Bar No. 15172
8250 West Charleston Blvd, Suite 100
Las Vegas, NV 89117

*Attorneys for defendant Doma Title Insurance, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:**  December 17, 2025