SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**HENRIOD STERN PLLC**
8965 S Eastern Avenue, Suite 382
Las Vegas, NV 89123
Telephone:    (702) 389-6600
Email: astern@hslaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:24-cv-00437-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff David B. Clark (**Clark**) and Defendant Doma Title Insurance, Inc. (**Doma**) stipulate and agree that Clark shall have up to and including **February 16, 2026** to file his reply in supporting of its motion for partial summary judgment. ECF No. 42; *see* ECF No. 65. The current deadline is January 26, 2026. Good cause exists to grant the requested extension due to time and scheduling constraints on the part of counsel, including multiple appellate briefs in the Nevada Supreme Court, a trial brief (in lieu of trial) in the state district court, other motion practice in the state and federal courts, and an associate who unexpectedly resigned.

85161402;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED January 23, 2026.

| AKERMAN LLP | MAURICE WOOD |
|---|---|
| /s/ Scott R. Lachman | /s/ Brittany Wood |
| SCOTT R. LACHMAN, ESQ. | BRITTANY WOOD, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 7562 |
| AKERMAN LLP | AMANDA K. BAKER, ESQ. |
| 1180 N. Town Center Dr., Suite 290 | Nevada Bar No. 15172 |
| Las Vegas, Nevada 89144 | 8250 West Charleston Blvd., Suite 100 |
| | Las Vegas, Nevada 89117 |
| ARIEL E. STERN, ESQ. | *Attorneys for Defendant* |
| Nevada Bar No. 8276 | *Doma Title Insurance, Inc.* |
| HENRIOD STERN | |
| 8965 S Eastern Avenue, Suite 382 | |
| Las Vegas, NV 89123 | |
| *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED.**

DATED this 26th day of January, 2026.

_____

**UNITED STATES DISTRICT JUDGE**
Case No. 3:24-cv-00437-MMD-CLB

2

85161402;1