SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**HENRIOD STERN PLLC**
8965 S Eastern Avenue, Suite 382
Las Vegas, NV 89123
Telephone:     (702) 389-6600
Email:  astern@hslaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>        Plaintiff,<br><br>v.<br><br>DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No.: 3:24-cv-00437-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

  Plaintiff David B. Clark (**Clark**) and Defendant Doma Title Insurance, Inc. (**Doma**) stipulate and agree that Clark shall have up to and including **March 26, 2026** to file his response to Doma's motion for summary judgment.  ECF No. 76.  The current deadline is February 23, 2026.  Good cause exists to grant the requested extension due to time and scheduling constraints on the part of counsel, including multiple appellate briefs, other motion practice, and an associate who unexpectedly resigned. Counsel would also like to coordinate dispositive motion deadlines and agree both dispositive motions should be heard together.

85477570;1

This is the parties first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED February 17, 2026.

| **HENRIOD STERN** | **MAURICE WOOD** |
|---|---|
| */s/ Ariel E. Stern*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>**HENRIOD STERN**<br>8965 S Eastern Avenue, Suite 382<br>Las Vegas, NV 89123<br><br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>**AKERMAN LLP**<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff* | */s/ Brittany Wood*<br>BRITTANY WOOD, ESQ.<br>Nevada Bar No. 7562<br>AMANDA K. BAKER, ESQ.<br>Nevada Bar No. 15172<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant*<br>*Doma Title Insurance, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 18th day of February, 2026.

_____

**UNITED STATES DISTRICT JUDGE**
Case No. 3:24-cv-00437-MMD-CLB

85477570;1

2