BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA BAKER, ESQ.
Nevada Bar No. 15172
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:    bwood@mauricewood.com
           abaker@mauricewood.com

*Attorneys for Defendant,*
*Doma Title Insurance, Inc.*

MAURICE WOOD
8250 West Charleston Boulevard, Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616  Fax: (702) 463-6224

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust, | CASE NO. 3:24-cv-00437-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO WITHDRAW MOTIONS WITHOUT PREJUDICE** |
| DOMA TITLE INSURANCE, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Defendant Doma Title Insurance, Inc. ("Doma"), and Plaintiff David B. Clark ("Clark"), by and through their attorneys of record, stipulate and agree that Doma's Motion for Summary Judgment (ECF No. 76 and ECF No. 77, as filed under seal) and Doma's Renewed Motion for Leave to File Portions of Its Motion for Summary Judgment Under Seal (ECF No. 75) shall be withdrawn, without prejudice.

*/s/Ariel E. Stern*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**HENRIOD STERN**
8965 S Eastern Avenue, Suite 382
Las Vegas, NV 89123
*Attorneys for Plaintiff*

*/s/ Brittany Wood*
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA BAKER, ESQ.
Nevada Bar No. 15172
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117

*Attorneys for Defendant Doma Title Insurance, Inc.*

(10661-13)                    Page 1 of 2

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


DATED: ___April 9, 2026_____


MAURICE WOOD
8250 West Charleston Boulevard, Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616  Fax: (702) 463-6224

(10661-13)