ARIEL E. STERN
Nevada Bar No. 8276
astern@hslaw.com
**HENRIOD STERN PLLC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 389-6600

SCOTT R. LACHMAN
Nevada Bar No. 12016
scott.lachman@akerman.com
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 634-5000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID B. CLARK, individually and as trustee for The Clark Trust,<br><br>Plaintiff,<br><br>v.<br><br>DOMA TITLE INSURANCE, INC.; DOES I THROUGH X, INCLUSIVE,<br><br>Defendants. | Case No. 3:24-cv-00437-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER OF JUDGMENT** |

Plaintiff David B. Clark, individually and as trustee for The Clark Trust ("Clark"), and Defendant Doma Title Insurance Company ("Doma"), stipulate as follows:

1

**HENRIOD • STERN**

## BACKGROUND

1.    Clark served an offer of judgment on Doma pursuant to Federal Rule of Civil Procedure 68, Nevada Rule of Civil Procedure 68, and Nev. Rev. Stat. § 17.117, on April 24, 2026.

2.    The offer of judgment provided, among other things, that: (a) Doma would recover a judgment against Clark in the amount of Ten Dollars ($10.00), inclusive of attorneys' fees and costs; (b) Doma would obtain a judgment in its favor on all claims Clark has made against it in this matter; and (c) Doma would waive any right to pursue or obtain attorneys' fees or costs under any rule, statute, or other authority.

3.    Doma accepted the offer of judgment on April 29, 2026.

4.    The parties desire to conclude this action fully and finally, avoid further litigation expense, and submit this stipulation and proposed judgment.

## STIPULATED JUDGMENT

In light of the foregoing, the parties stipulate for an order and judgment as follows:

1.    Judgment is to be entered in favor of Defendant Doma Title Insurance, Inc. and against Plaintiff David B. Clark, individually and as trustee for The Clark Trust, in the amount of Ten Dollars ($10.00), inclusive of all attorneys' fees, costs, interest, and expenses.

2.    Each side shall bear its own attorneys' fees, costs, expenses, and interest incurred in connection with this action.

3.    The parties expressly agree that the resulting Judgment is a compromise judgment entered pursuant to an accepted Offer of Judgment.

/ / /

/ / /

2

4.     Upon entry of judgment, all claims and causes of action asserted in this action shall be dismissed with prejudice.

Dated this 1st day of June, 2026.

**HENRIOD STERN PLLC**                                    **MAURICE WOOD**


*/s/ Ariel Stern*                                                       */s/ Brittany Wood*
Ariel E. Stern, Esq.                                              Brittany Wood, Esq.
Nevada Bar No. 8276                                         Nevada Bar No. 7562
8965 S. Eastern Avenue, Suite 382             Amanda Baker, Esq.
Las Vegas, Nevada 89123                            Nevada Bar No. 15172
Tel.: (702) 389-6600                                      8250 W. Charleston Blvd, Suite 100
astern@hslaw.com                                        Tel.: (702) 463-7616
                                                                        bwood@mauricewood.com
                                                                        abaker@mauricewood.com

Scott R. Lachman, Esq.                               *Attorneys for Doma Title Ins. Co.*
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Drive, Suite 290
Las Vegas, Nevada 89144
scott.lachman@akerman.com

*Attorneys for David Clark*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE


DATED:_June 2, 2026_____

3